IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS B. SINGLETON, AIS 186888, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CA 19-505-CG-MU ) |
| WARDEN MARY COOKS, | ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 22nd day of February, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE