IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS B. SINGLETON, ) | |
| AIS 186888, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CA 19-505-CG-MU |
| ) | |
| WARDEN MARY COOKS, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) be **DISMISSED** as time-barred pursuant to 28 U.S.C. § 2244(d). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 22nd day of February, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE